

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00496-CV

**ASA GROUP, LTD.**,
Appellant

v.

**THE UNITED INDEPENDENT SCHOOL DISTRICT** and The Laredo Community College District,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014-TXA-000750-D2
Honorable Monica Z. Notzon, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

Delivered and Filed:  September 30, 2015

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Appellant also requests that each party be ordered to bear its own appellate costs. However, the motion does not disclose an agreement of the parties regarding the assessment of costs; accordingly, all costs of appeal will be assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM